IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WILLARD MANN                                                    PLAINTIFF

V.                              CASE NO. 5:14-CV-5289

DR. NEIL MULLINS;
NURSE RHONDA MESCHEDE;
and NURSE RHONDA BRADLEY                                        DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on February 23, 2015, by the Honorable James R. Marschewski, Chief United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 6) is **GRANTED IN PART** and **DENIED IN PART** as follows: the Motion is **GRANTED** with respect to the Official Capacity Claims and **DENIED** with respect to the Individual Capacity Claim.

**IT IS SO ORDERED** on this ___10th___ day of April, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE